# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

LOREN W. MAY, SR.,
Reg. #17748-045                                                                                  PLAINTIFF

V.                    2:13CV00127 KGB/JTR

A. HAYNES,
Warden, FCI-FC, et al.                                               DEFENDANTS

## **ORDER**

Plaintiff, Loren W. May Sr., has filed a Motion for Default Judgment. *Doc. 26.* The Motion has no merit because Defendants have been granted an extension, until April 4, 2014, to file their Answer or other responsive pleading. *Doc. 24.*

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Default Judgment (Doc. 26) is DENIED.

Dated this 6th day of March, 2014.

                                                       _/s/ J. Thomas Ray_
                                            UNITED STATES MAGISTRATE JUDGE